UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 4056 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the answer to the supplemental complaint filed by Defendants Bureau of Ocean Energy Management and United States Department of the Interior. (Dkt. No. 24). No initial case management conference yet having taken place, it is hereby **ORDERED** that an initial conference in accordance with Fed. R. Civ. P. 16 will be held telephonically on **September 24, 2026, at 2:00 p.m. ET** (the "Conference") on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. At the Conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

It is further **ORDERED** that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) by **September 3, 2026**. By **September 17, 2026**, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, without argument.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**